IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:03CR3099 |
| | ) | |
| v. | ) | |
| | ) | |
| JEREMY ESPINO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue revocation hearing (Filing No. 88). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the hearing on the petition for warrant or summons for offender under supervision (Filing Nos. 55 and 78) is rescheduled for:

**Wednesday, June 8, 2012, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as it may be reached.

DATED this 7th day of March, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court