IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3099 |
| | ) | |
| v. | ) | |
| | ) | |
| JEREMY ESPINO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue revocation disposition hearing (Filing No. 101). The Court notes the motion is unopposed. Accordingly,

IT IS ORDERED that the hearing on the petition for warrant or summons for offender under supervision (Filing Nos. 55 and 78) is rescheduled for:

**Thursday, December 13, 2012, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as it may be reached.

DATED this 17th day of October, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court